UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ROBIN DEXTER and DANIEL DEXTER ) | CIVIL ACTION NO. |
|    Plaintiffs ) | 3:11-CV-00049 (JBA) |
| ) | |
| v. ) | |
| ) | |
| MIDLAND CREDIT MANAGEMENT, INC. ) | |
|    Defendant ) | JANUARY 30, 2012 |
| ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), the plaintiffs, Robin Dexter and Daniel Dexter, through their attorney, and the defendant, Midland Credit Management, Inc., through their attorneys, hereby stipulate that the claims of the above-entitled action shall be dismissed with prejudice, and without costs or attorney's fees.

                                  Plaintiffs, Robin Dexter and Daniel Dexter

                                  By /s/ Daniel S. Blinn
                                  Daniel S. Blinn  (ct 02188)
                                  Consumer Law Group, LLC
                                  35 Cold Spring Road, Suite 512
                                  Rocky Hill, CT  06067
                                  Tel: (860) 571-0408
                                  Fax: (860) 571-7457
                                  dblinn@consumerlawgroup.com

        Defendant, Midland Credit Management, Inc.

        By  /s/ Jill E. Alward
        Jill E. Alward (ct27051)
        jill.alward@wilsonelser.com
        Thomas A. Leghorn (ct22106)
        Thomas.Leghorn@wilsonelser.com
        Wilson, Elser, Moskowitz, Edelman
        & Dicker, LLP
        150 East 42nd Street
        New York, NY 10017-5639
        Tel: (212) 490-3000

## CERTIFICATION

    I hereby certify that on this 30th day of January, 2012, a copy of foregoing Stipulation of Dismissal was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

        /s/ Daniel S. Blinn
        Daniel S. Blinn